**97–2551.   State v. Carter.**
Sandusky App. No. S–96–039.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due February 20, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Monday, March 2, 1998*

## MOTION DOCKET

**98–207.   Tanzi v. Nahigian.**
Cuyahoga App. No. 71872.  This cause is pending before the court as a discretionary appeal.  Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted, pending further order of this court.

## MISCELLANEOUS DISMISSALS

**98–137.   Keenan v. Leis.**
Hamilton App. No. C–980042.  This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.  Upon consideration of appellee's motion to dismiss,

IT IS ORDERED by the court that the motion to dismiss be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.